Judgment in a Civil Case

United States District Court<br>WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA HOOD | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 20-CV-673 |
| v. | |
| UNITED STATES OF AMERICA | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Government's Motion to Dismiss (Doc. 12) is converted to a motion for summary judgment and is GRANTED. Plaintiffs FTCA claims against the United States are time-barred, and equitable tolling does not apply in this case to overcome that bar.

| | |
|---|---|
| Date: September 29, 2020 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Colin Jurkowski<br>    Deputy Clerk |